NO. 07-05-0049-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 6, 2005
_____

HAZEL LOVE, also known as
HAZEL LEA LOVE and HAZEL PUTMAN CAGLE,

Appellant

v.

JAMES COX,

Appellee
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2003-593,918; HON. PAULA LANEHART, PRESIDING
_____

*On Motion to Dismiss*
_____

Before QUINN, REAVIS and CAMPBELL, JJ.

Hazel Love, appellant, and James Cox, appellee, by and through their attorneys, have filed a motion to dismiss this appeal with prejudice because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed

the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice